**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6403**

---

In Re: RONALD W. SHEPHERD,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-01-439-5)

---

Submitted: April 23, 2003                 Decided: May 8, 2003

---

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Ronald W. Shepherd, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald W. Shepherd petitions for a writ of mandamus, alleging the district has unduly delayed acting on his 28 U.S.C. § 2241 (2000) application for a writ of habeas corpus filed May 21, 2001. He seeks an order from this court directing the district court to act. Although the district court had not taken significant action for more than twelve months at the time the petition was filed, our review of the district court's docket sheet discloses that the magistrate judge issued a report and recommendation on March 25, 2003. Accordingly, because there has been recent significant action in this case we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED